# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0567. GAIL BROWN et al. v. FREDERICK URVANT.**

On October 3, 2022, Gail Brown and Walter Brown Jr. filed a notice of appeal, seeking to appeal a trial court order entered on August 31, 2022. However, to be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, the Browns filed their notice of appeal 33 days after entry of the trial court's order. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/15/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                    , *Clerk.*